# Exhibit 2

Charted Claims:

Method Claim: 1

| US7831452 | Seattle Seahawks ("Accused Team") |
|---|---|
| 1. A method for providing player's ticket options and determining match admissions for player's ticket options using a player's ticketing server, wherein the server consists of a processor and memory, on which a player's ticket application is at least partially implemented, the method | The accused team practices a method for providing player's ticket options (e.g., Blue Pride waist list membership) and determining match admissions (e.g., seat allocation) for player's ticket options (e.g., Blue Pride waist list membership) using a player's ticketing server (e.g., server of ticket marketplace of accused team), wherein the server consists of a processor and memory, on which a player's ticket application (e.g., application used to purchase tickets) is at least partially implemented.<br><br>As shown below, the accused team enables its fans to purchase tickets for NFL games (of the accused team) online. The fans can join a Blue Pride waist list by paying a deposit. Now, based on the list priority order, the fans can thereafter purchase season tickets for NFL matches of the accused team. |

comprising:



https://www.seahawks.com/tickets/season-tickets/

**What is the difference between the Season Ticket Notification List and the Blue Pride Wait List?** —

The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/

**Blue Pride Membership Benefits**



**Season Ticket Purchase Priority**

Reserved spot in line to purchase Seahawks season tickets when they become available.



**Priority For Single Game Tickets**

Access to special single-game ticket offers throughout the season.



**Priority For Home Playoff Tickets**

Should we be in a position to host any home playoff games, Blue Pride members will receive priority to purchase tickets.



**Exclusive Pro Shop Discount**

Enter an exclusive code online at checkout, or present your mobile discount card in-store. Access your mobile discount card by downloading the Seahawks Mobile App.



**Win Season Tickets**

Automatically entered to win a pair of complimentary Season Tickets and other prizes.



**Lumen Field Event Priority**

Presale offers to select events and concerts at Lumen Field.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

## Q: What are the benefits of joining the official Blue Pride Wait List?

A: Members of our official Blue Pride Wait List receive the following benefits:

- Season Ticket Purchase Priority: Reserved spot in line to purchase Seahawks season tickets when they become available
- Seahawks Pro Shop Discount: 10% discount online and at all Seattle Seahawks Pro Shop locations
- Exclusive Single Game Ticket Offers: Access to special single-game ticket offers throughout the season
- Lumen Field Event Priority: Presale offers to select events and concerts at Lumen Field
- Training Camp Priority. Exclusive presale offers to attend Training Camp at the Virginia Mason Athletic Center.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: What is the difference between the Season Ticket Notification List and the official Blue Pride Wait List?** —

A: The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: My spot has been reached on the Notification List, how do I place my seat deposits to join the Season Ticket Wait List?** —

A: You will receive a dedicated time window via email to place up to four seat deposits on the Blue Pride Wait List.

**Q. How many seat deposits can I purchase?** —

A. You can purchase up to four deposits at $100 per seat depending on how many future season tickets you would like (i.e. If you want 2 future season tickets, place 2 seat deposits). If you are unsure how many season tickets you will want, please place four seat deposits and you can always reduce your seat total down at the time of season ticket purchase.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**When will season tickets be available to Blue Pride Members?**                                    —

Each June we will contact Blue Pride Wait List members in priority order to select season tickets. When we reach your spot in line, we will contact you with additional details and a dedicated time window to select your seats.

**How do I access the online interactive seating map during my seat selection window?**                                    —

During your seat selection window, log in to **Seahawks Account Manager** and you will see a Seat Selection pop-up screen. Click "Select Seats Now" proceed to the online interactive seating map where you can view available seating options. Please review our Step-by-Step Instruction guide for additional details on how to select your seats.

Please review your Seahawks Account Manager login information prior to your window for quickest access to the map. If you log in early, you may need to refresh for the "Select Seats Now" button to appear.

**Seat Selection Step-by-Step Instructions**                                    —

1. During your dedicated appointment window, log in to **Seahawks Account Manager** using the email address associated with your account
2. Click "Select Seats Now" in the pop-up box to proceed to the map
3. You can rotate the map view with the controls on the top left of the screen. Select any section with a green dot to view and select available seats highlighted in green.
4. Once you've selected your new seats, add to cart and proceed to checkout
5. Complete the checkout steps and select your payment plan
6. Agree to terms and submit payment to complete your season ticket purchase. You will receive a confirmation email with a summary of your new season ticket purchase. Congrats!

https://www.seahawks.com/tickets/season-tickets/blue-pride/



https://static.clubs.nfl.com/image/upload/seahawks/puzqpsaoei8oz9mhx8ac



https://static.clubs.nfl.com/image/upload/seahawks/dudnb9jrr8gpqa5l1bys

| | |
|---|---|
| | **What games are included in my season ticket package?**    — |
| | Your season ticket price represents 10 total games. Depending on the season, there will either be one (1) Preseason + nine (9) Regular Season games, or two (2) Preseason + eight (8) Regular Season games. This schedule will alternate each year. In 2024, there is one (1) Preseason + nine (9) Regular Season games. |
| | Along with your season ticket package, your seats will be automatically reserved for any potential home playoff games. With our "Pay-as-we-Play" plan, you will only be charged for playoff tickets once a home playoff game at Lumen Field is confirmed. |
| | https://www.seahawks.com/tickets/season-tickets/blue-pride/ |
| providing, via the player's ticketing server, player's ticket options that: (a) reference at least one player, (b) allow player's ticket option holders to exercise the player's ticket options, and (c) allow the player's ticket option holders | The accused team practices providing, via the player's ticketing server (e.g., server of ticket marketplace of accused team), player's ticket options (e.g., Blue Pride waist list membership) that: (a) reference at least one player (e.g., the accused team), (b) allow player's ticket option holders (e.g., members of Blue Pride waist list) to exercise (e.g., purchase season tickets) the player's ticket options (e.g., Blue Pride waist list membership), and (c) allow the player's ticket option holders (e.g., members of Blue Pride waist list) admission to a match (e.g., allocating seat in a match) in which the at least one player (e.g., the accused team) is playing after exercising (e.g., purchasing season tickets) the player's ticket option (e.g., Blue Pride waist list membership). <br><br> As shown below, the accused team enables its fans to purchase tickets for NFL games (of the accused team) through a marketplace. Fans can join a Blue Pride waist list by paying a deposit. The Blue Pride wait list is associated specifically with the accused team and enables a member of the list to purchase season tickets (of the accused team) on priority, when they become available. Also, based on reserved spots on the list (i.e., priority order) seats in a match are allocated to the member. |

admission to a match in which the at least one player is playing after exercising the player's ticket option;

### When will season tickets be available to Blue Pride Members?

Each June we will contact Blue Pride Wait List members in priority order to select season tickets. When we reach your spot in line, we will contact you with additional details and a dedicated time window to select your seats.

### How do I access the online interactive seating map during my seat selection window?

During your seat selection window, log in to **Seahawks Account Manager** and you will see a Seat Selection pop-up screen. Click "Select Seats Now" proceed to the online interactive seating map where you can view available seating options. Please review our Step-by-Step Instruction guide for additional details on how to select your seats.

Please review your Seahawks Account Manager login information prior to your window for quickest access to the map. If you log in early, you may need to refresh for the "Select Seats Now" button to appear.

### Seat Selection Step-by-Step Instructions

1. During your dedicated appointment window, log in to **Seahawks Account Manager** using the email address associated with your account
2. Click "Select Seats Now" in the pop-up box to proceed to the map
3. You can rotate the map view with the controls on the top left of the screen. Select any section with a green dot to view and select available seats highlighted in green.
4. Once you've selected your new seats, add to cart and proceed to checkout
5. Complete the checkout steps and select your payment plan
6. Agree to terms and submit payment to complete your season ticket purchase. You will receive a confirmation email with a summary of your new season ticket purchase. Congrats!

https://www.seahawks.com/tickets/season-tickets/blue-pride/

### What is the difference between the Season Ticket Notification List and the Blue Pride Wait List?

The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/

**Blue Pride Membership Benefits**



**Season Ticket Purchase Priority**

Reserved spot in line to purchase Seahawks season tickets when they become available.



**Priority For Single Game Tickets**

Access to special single-game ticket offers throughout the season.



**Priority For Home Playoff Tickets**

Should we be in a position to host any home playoff games, Blue Pride members will receive priority to purchase tickets.



**Exclusive Pro Shop Discount**

Enter an exclusive code online at checkout, or present your mobile discount card in-store. Access your mobile discount card by downloading the Seahawks Mobile App.



**Win Season Tickets**

Automatically entered to win a pair of complimentary Season Tickets and other prizes.



**Lumen Field Event Priority**

Presale offers to select events and concerts at Lumen Field.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: What is the difference between the Season Ticket Notification List and the official Blue Pride Wait List?**

A: The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

## Q: What are the benefits of joining the official Blue Pride Wait List?

A: Members of our official Blue Pride Wait List receive the following benefits:
- Season Ticket Purchase Priority: Reserved spot in line to purchase Seahawks season tickets when they become available
- Seahawks Pro Shop Discount: 10% discount online and at all Seattle Seahawks Pro Shop locations
- Exclusive Single Game Ticket Offers: Access to special single-game ticket offers throughout the season
- Lumen Field Event Priority: Presale offers to select events and concerts at Lumen Field
- Training Camp Priority. Exclusive presale offers to attend Training Camp at the Virginia Mason Athletic Center.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: My spot has been reached on the Notification List, how do I place my seat deposits to join the Season Ticket Wait List?** —

A: You will receive a dedicated time window via email to place up to four seat deposits on the Blue Pride Wait List.

**Q. How many seat deposits can I purchase?** —

A. You can purchase up to four deposits at $100 per seat depending on how many future season tickets you would like (i.e. if you want 2 future season tickets, place 2 seat deposits). If you are unsure how many season tickets you will want, please place four seat deposits and you can always reduce your seat total down at the time of season ticket purchase.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list



https://static.clubs.nfl.com/image/upload/seahawks/puzqpsaoei8oz9mhx8ac



https://static.clubs.nfl.com/image/upload/seahawks/dudnb9jrr8gpqa5l1bys

| | |
|---|---|
| | **What games are included in my season ticket package?**       — |
| | Your season ticket price represents 10 total games. Depending on the season, there will either be one (1) Preseason + nine (9) Regular Season games, or two (2) Preseason + eight (8) Regular Season games. This schedule will alternate each year. In 2024, there is one (1) Preseason + nine (9) Regular Season games. |
| | Along with your season ticket package, your seats will be automatically reserved for any potential home playoff games. With our "Pay-as-we-Play" plan, you will only be charged for playoff tickets once a home playoff game at Lumen Field is confirmed. |
| | https://www.seahawks.com/tickets/season-tickets/blue-pride/ |
| acquiring, using the player's ticketing server, information about a tournament, including information selected from the group consisting of players, a tournament draw, and historical data; | The accused team practices acquiring, using the player's ticketing server (e.g., server of ticket marketplace of accused team), information about a tournament (e.g., NFL tournament), including information selected from the group consisting of players (e.g., the accused team), a tournament draw (e.g., teams playing against each other), and historical data (e.g., win/loss record).<br><br>As shown below, the accused team uses its database server to keep information such as win or loss records, player's (team's) rankings, opposition (team's) player's statistics etc.<br><br>## CALCULATION<br><br>**Every NFL team will use their own method for calculating win probability, but most of the models usually have around the same set of factors. Each model will have a before game projection that doesn't use as many factors and is normally based on things such as Las Vegas odds and power rankings based on both teams' opponents, win/loss record, and point margin.**<br><br>https://www.the33rdteam.com/win-probability-explained/ |

## Factors Influencing the Cost

### Team Performance and Popularity

One of the most significant determinants of ticket prices is undeniably the team's performance and overall popularity.

- Player Salaries and Star Power: Teams that house big-name players with hefty contracts often have to factor in these large expenditures when setting ticket prices. Star players can draw larger crowds, warranting a premium on ticket costs. After all, witnessing top-tier talent in action is a unique experience that many fans are willing to pay extra for.

- Recent Team Achievements: A team's recent performance, especially if they've clinched titles, playoff berths, or other significant accolades, can drive up demand. Success on the field often translates to higher ticket prices as fans flock to watch a winning team.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/

## Opponent Team's Popularity

The allure of a game isn't just about the home team. Matches against popular, high-performing teams can drive ticket prices up, especially if the opponent team has a vast and traveling fan base.

## Supply and Demand Dynamics

The basic economic principle of supply and demand plays a significant role in ticket pricing.

- Game Significance: Matches with high stakes, such as playoffs or fierce rivalry games, will naturally see a surge in demand, pushing prices upward.
- Season Ticket Holder Availability: Teams with a large base of season ticket holders might have limited tickets available for individual games, leading to increased prices for the remaining seats.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/

---

| determining, using the player's ticketing server, for at least one match of the tournament probabilities of players | The accused team practices determining, using the player's ticketing server (e.g., server of ticket marketplace of accused team), for at least one match (e.g., NFL match of the accused team) of the tournament (e.g., NFL tournament) probabilities of players winning (e.g., win probabilities) based on the tournament information.<br><br>As shown below, the accused team uses its database server to keep information such as win or loss records, player's rankings, opposition player's statistics etc. |

winning based on the tournament information;

# CALCULATION

Every NFL team will use their own method for calculating win probability, but most of the models usually have around the same set of factors. Each model will have a before game projection that doesn't use as many factors and is normally based on things such as Las Vegas odds and power rankings based on both teams' opponents, win/loss record, and point margin.

https://www.the33rdteam.com/win-probability-explained/

## Factors Influencing the Cost

### Team Performance and Popularity

One of the most significant determinants of ticket prices is undeniably the team's performance and overall popularity.

- Player Salaries and Star Power: Teams that house big-name players with hefty contracts often have to factor in these large expenditures when setting ticket prices. Star players can draw larger crowds, warranting a premium on ticket costs. After all, witnessing top-tier talent in action is a unique experience that many fans are willing to pay extra for.
- Recent Team Achievements: A team's recent performance, especially if they've clinched titles, playoff berths, or other significant accolades, can drive up demand. Success on the field often translates to higher ticket prices as fans flock to watch a winning team.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/

<table>
<tr>
<td></td>
<td>

## Opponent Team's Popularity

The allure of a game isn't just about the home team. Matches against popular, high-performing teams can drive ticket prices up, especially if the opponent team has a vast and traveling fan base.

## Supply and Demand Dynamics

The basic economic principle of supply and demand plays a significant role in ticket pricing.

- Game Significance: Matches with high stakes, such as playoffs or fierce rivalry games, will naturally see a surge in demand, pushing prices upward.
- Season Ticket Holder Availability: Teams with a large base of season ticket holders might have limited tickets available for individual games, leading to increased prices for the remaining seats.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/

</td>
</tr>
<tr>
<td>

determining, using the player's ticketing server, at least one possible allocation of match admissions

</td>
<td>

The accused team practices determining, using the player's ticketing server (e.g., server of ticket marketplace of accused team), at least one possible allocation of match admissions (e.g., seat allocation) for player's ticket options (e.g., Blue Pride waist list membership) for the at least one match (e.g., NFL match of the accused team) based on the player's ticket options (e.g., Blue Pride waist list membership) provided and the tournament draw (e.g., teams playing against each other).

As shown below, the accused team allows its fans to purchase tickets for NFL games online. The fans can join the Blue Pride waitlist by paying a deposit, which reserves their spot and guarantees the purchase of season tickets. Seat selection is based on the fan's position on the list (i.e.,

</td>
</tr>
</table>

| | |
|---|---|
| for player's ticket options for the at least one match based on the player's ticket options provided and the tournament draw; and | available seats at that time). Each member of the Blue Pride list gets assured season tickets, with seat allocations made according to the season schedule.<br><br>**What games are included in my season ticket package?** —<br><br>Your season ticket price represents 10 total games. Depending on the season, there will either be one (1) Preseason + nine (9) Regular Season games, or two (2) Preseason + eight (8) Regular Season games. This schedule will alternate each year. In 2024, there is one (1) Preseason + nine (9) Regular Season games.<br><br>Along with your season ticket package, your seats will be automatically reserved for any potential home playoff games. With our "Pay-as-we-Play" plan, you will only be charged for playoff tickets once a home playoff game at Lumen Field is confirmed.<br><br>https://www.seahawks.com/tickets/season-tickets/blue-pride/ |

**When will season tickets be available to Blue Pride Members?**    —

Each June we will contact Blue Pride Wait List members in priority order to select season tickets. When we reach your spot in line, we will contact you with additional details and a dedicated time window to select your seats.

**How do I access the online interactive seating map during my seat selection window?**    —

During your seat selection window, log in to **Seahawks Account Manager** and you will see a Seat Selection pop-up screen. Click "Select Seats Now" proceed to the online interactive seating map where you can view available seating options. Please review our Step-by-Step Instruction guide for additional details on how to select your seats.

Please review your Seahawks Account Manager login information prior to your window for quickest access to the map. If you log in early, you may need to refresh for the "Select Seats Now" button to appear.

**Seat Selection Step-by-Step Instructions**    —

1. During your dedicated appointment window, log in to **Seahawks Account Manager** using the email address associated with your account
2. Click "Select Seats Now" in the pop-up box to proceed to the map
3. You can rotate the map view with the controls on the top left of the screen. Select any section with a green dot to view and select available seats highlighted in green.
4. Once you've selected your new seats, add to cart and proceed to checkout
5. Complete the checkout steps and select your payment plan
6. Agree to terms and submit payment to complete your season ticket purchase. You will receive a confirmation email with a summary of your new season ticket purchase. Congrats!

https://www.seahawks.com/tickets/season-tickets/blue-pride/

**What is the difference between the Season Ticket Notification List and the Blue Pride Wait List?**    —

The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/

**Blue Pride Membership Benefits**



**Season Ticket Purchase Priority**

Reserved spot in line to purchase Seahawks season tickets when they become available.



**Priority For Single Game Tickets**

Access to special single-game ticket offers throughout the season.



**Priority For Home Playoff Tickets**

Should we be in a position to host any home playoff games, Blue Pride members will receive priority to purchase tickets.



**Exclusive Pro Shop Discount**

Enter an exclusive code online at checkout, or present your mobile discount card in-store. Access your mobile discount card by downloading the Seahawks Mobile App.



**Win Season Tickets**

Automatically entered to win a pair of complimentary Season Tickets and other prizes.



**Lumen Field Event Priority**

Presale offers to select events and concerts at Lumen Field.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: What is the difference between the Season Ticket Notification List and the official Blue Pride Wait List?** —

A: The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

### Q: What are the benefits of joining the official Blue Pride Wait List?

A: Members of our official Blue Pride Wait List receive the following benefits:
- Season Ticket Purchase Priority: Reserved spot in line to purchase Seahawks season tickets when they become available
- Seahawks Pro Shop Discount: 10% discount online and at all Seattle Seahawks Pro Shop locations
- Exclusive Single Game Ticket Offers: Access to special single-game ticket offers throughout the season
- Lumen Field Event Priority: Presale offers to select events and concerts at Lumen Field
- Training Camp Priority. Exclusive presale offers to attend Training Camp at the Virginia Mason Athletic Center.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

### Q: My spot has been reached on the Notification List, how do I place my seat deposits to join the Season Ticket Wait List?    —

A: You will receive a dedicated time window via email to place up to four seat deposits on the Blue Pride Wait List.

### Q. How many seat deposits can I purchase?    —

A. You can purchase up to four deposits at $100 per seat depending on how many future season tickets you would like (i.e. if you want 2 future season tickets, place 2 seat deposits). If you are unsure how many season tickets you will want, please place four seat deposits and you can always reduce your seat total down at the time of season ticket purchase.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list



https://static.clubs.nfl.com/image/upload/seahawks/puzqpsaoei8oz9mhx8ac



https://static.clubs.nfl.com/image/upload/seahawks/dudnb9jrr8gpqa5l1bys

**What games are included in my season ticket package?** ___

Your season ticket price represents 10 total games. Depending on the season, there will either be one (1) Preseason + nine (9) Regular Season games, or two (2) Preseason + eight (8) Regular Season games. This schedule will alternate each year. In 2024, there is one (1) Preseason + nine (9) Regular Season games.

Along with your season ticket package, your seats will be automatically reserved for any potential home playoff games. With our "Pay-as-we-Play" plan, you will only be charged for playoff tickets once a home playoff game at Lumen Field is confirmed.

https://www.seahawks.com/tickets/season-tickets/blue-pride/

# CALCULATION

Every NFL team will use their own method for calculating win probability, but most of the models usually have around the same set of factors. Each model will have a before game projection that doesn't use as many factors and is normally based on things such as Las Vegas odds and power rankings based on both teams' opponents, win/loss record, and point margin.

https://www.the33rdteam.com/win-probability-explained/

## Factors Influencing the Cost

### Team Performance and Popularity

One of the most significant determinants of ticket prices is undeniably the team's performance and overall popularity.

- Player Salaries and Star Power: Teams that house big-name players with hefty contracts often have to factor in these large expenditures when setting ticket prices. Star players can draw larger crowds, warranting a premium on ticket costs. After all, witnessing top-tier talent in action is a unique experience that many fans are willing to pay extra for.

- Recent Team Achievements: A team's recent performance, especially if they've clinched titles, playoff berths, or other significant accolades, can drive up demand. Success on the field often translates to higher ticket prices as fans flock to watch a winning team.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/

| | |
|---|---|
| | ## Opponent Team's Popularity<br><br>The allure of a game isn't just about the home team. Matches against popular, high-performing teams can drive ticket prices up, especially if the opponent team has a vast and traveling fan base.<br><br>## Supply and Demand Dynamics<br><br>The basic economic principle of supply and demand plays a significant role in ticket pricing.<br><br>• Game Significance: Matches with high stakes, such as playoffs or fierce rivalry games, will naturally see a surge in demand, pushing prices upward.<br>• Season Ticket Holder Availability: Teams with a large base of season ticket holders might have limited tickets available for individual games, leading to increased prices for the remaining seats.<br><br>https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/ |
| allocating, using the player's ticketing server, match admissions for player's ticket options | The accused team practices allocating, using the player's ticketing server (e.g., server of ticket marketplace of accused team), match admissions for player's ticket options (e.g., Blue Pride waist list membership) for the at least one match (e.g., NFL match of the accused team) based on the at least one possible allocation of match admissions, on the probabilities of players winning (e.g., win probabilities) the at least one match (e.g., NFL match of the accused team), and on the probability of player's ticket option holders (e.g., members of Blue Pride waist list) exercising (e.g., purchasing season tickets) the player's ticket options (e.g., Blue Pride waist list membership). |

| | |
|---|---|
| for the at least one match based on the at least one possible allocation of match admissions, on the probabilities of players winning the at least one match, and on the probability of player's ticket option holders exercising the player's ticket options. | As shown below, the accused team allows its fans to purchase tickets for NFL games online. Fans can join the Blue Pride waitlist by paying a deposit, which reserves their spot and guarantees the purchase of season tickets. Seat selection is based on the fan's position on the list (i.e., available seats at that time). Each member of the Blue Pride list gets assured season tickets, with seat allocations made according to the season schedule.<br><br>**When will season tickets be available to Blue Pride Members?**  —<br>Each June we will contact Blue Pride Wait List members in priority order to select season tickets. When we reach your spot in line, we will contact you with additional details and a dedicated time window to select your seats.<br><br>**How do I access the online interactive seating map during my seat selection window?**  —<br>During your seat selection window, log in to Seahawks Account Manager and you will see a Seat Selection pop-up screen. Click "Select Seats Now" proceed to the online interactive seating map where you can view available seating options. Please review our Step-by-Step Instruction guide for additional details on how to select your seats.<br><br>Please review your Seahawks Account Manager login information prior to your window for quickest access to the map. If you log in early, you may need to refresh for the "Select Seats Now" button to appear.<br><br>**Seat Selection Step-by-Step Instructions**  —<br>1. During your dedicated appointment window, log in to Seahawks Account Manager using the email address associated with your account<br>2. Click "Select Seats Now" in the pop-up box to proceed to the map<br>3. You can rotate the map view with the controls on the top left of the screen. Select any section with a green dot to view and select available seats highlighted in green.<br>4. Once you've selected your new seats, add to cart and proceed to checkout<br>5. Complete the checkout steps and select your payment plan<br>6. Agree to terms and submit payment to complete your season ticket purchase. You will receive a confirmation email with a summary of your new season ticket purchase. Congrats!<br><br>https://www.seahawks.com/tickets/season-tickets/blue-pride/ |

### What is the difference between the Season Ticket Notification List and the Blue Pride Wait List?    —

The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/

**Blue Pride Membership Benefits**



**Season Ticket Purchase Priority**

Reserved spot in line to purchase Seahawks season tickets when they become available.



**Priority For Single Game Tickets**

Access to special single-game ticket offers throughout the season.



**Priority For Home Playoff Tickets**

Should we be in a position to host any home playoff games, Blue Pride members will receive priority to purchase tickets.



**Exclusive Pro Shop Discount**

Enter an exclusive code online at checkout, or present your mobile discount card in-store. Access your mobile discount card by downloading the Seahawks Mobile App.



**Win Season Tickets**

Automatically entered to win a pair of complimentary Season Tickets and other prizes.



**Lumen Field Event Priority**

Presale offers to select events and concerts at Lumen Field.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: What is the difference between the Season Ticket Notification List and the official Blue Pride Wait List?** —

A: The Season Ticket Notification List is the list to be notified when deposits on our official Blue Pride Wait List become available. Joining the Blue Pride Wait List with a seat deposit is your next step to becoming a Season Ticket Holder. The Blue Pride Wait List is capped at 12,000 members and offers additional membership benefits.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

## Q: What are the benefits of joining the official Blue Pride Wait List?

A: Members of our official Blue Pride Wait List receive the following benefits:
- Season Ticket Purchase Priority: Reserved spot in line to purchase Seahawks season tickets when they become available
- Seahawks Pro Shop Discount: 10% discount online and at all Seattle Seahawks Pro Shop locations
- Exclusive Single Game Ticket Offers: Access to special single-game ticket offers throughout the season
- Lumen Field Event Priority: Presale offers to select events and concerts at Lumen Field
- Training Camp Priority. Exclusive presale offers to attend Training Camp at the Virginia Mason Athletic Center.

https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list

**Q: My spot has been reached on the Notification List, how do I place my seat deposits to join the Season Ticket Wait List?** —

A: You will receive a dedicated time window via email to place up to four seat deposits on the Blue Pride Wait List.

**Q. How many seat deposits can I purchase?** —

A. You can purchase up to four deposits at $100 per seat depending on how many future season tickets you would like (i.e. if you want 2 future season tickets, place 2 seat deposits). If you are unsure how many season tickets you will want, please place four seat deposits and you can always reduce your seat total down at the time of season ticket purchase.

| | https://www.seahawks.com/tickets/season-tickets/blue-pride/wait-list |



https://static.clubs.nfl.com/image/upload/seahawks/puzqpsaoei8oz9mhx8ac



https://static.clubs.nfl.com/image/upload/seahawks/dudnb9jrr8gpqa5l1bys

### What games are included in my season ticket package?                                                    —

Your season ticket price represents 10 total games. Depending on the season, there will either be one (1) Preseason + nine (9) Regular Season games, or two (2) Preseason + eight (8) Regular Season games. This schedule will alternate each year. In 2024, there is one (1) Preseason + nine (9) Regular Season games.

Along with your season ticket package, your seats will be automatically reserved for any potential home playoff games. With our "Pay-as-we-Play" plan, you will only be charged for playoff tickets once a home playoff game at Lumen Field is confirmed.

https://www.seahawks.com/tickets/season-tickets/blue-pride/

## CALCULATION

Every NFL team will use their own method for calculating win probability, but most of the models usually have around the same set of factors. Each model will have a before game projection that doesn't use as many factors and is normally based on things such as Las Vegas odds and power rankings based on both teams' opponents, win/loss record, and point margin.

https://www.the33rdteam.com/win-probability-explained/

## Factors Influencing the Cost

### Team Performance and Popularity

One of the most significant determinants of ticket prices is undeniably the team's performance and overall popularity.

- Player Salaries and Star Power: Teams that house big-name players with hefty contracts often have to factor in these large expenditures when setting ticket prices. Star players can draw larger crowds, warranting a premium on ticket costs. After all, witnessing top-tier talent in action is a unique experience that many fans are willing to pay extra for.
- Recent Team Achievements: A team's recent performance, especially if they've clinched titles, playoff berths, or other significant accolades, can drive up demand. Success on the field often translates to higher ticket prices as fans flock to watch a winning team.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/

## Opponent Team's Popularity

The allure of a game isn't just about the home team. Matches against popular, high-performing teams can drive ticket prices up, especially if the opponent team has a vast and traveling fan base.

## Supply and Demand Dynamics

The basic economic principle of supply and demand plays a significant role in ticket pricing.

- Game Significance: Matches with high stakes, such as playoffs or fierce rivalry games, will naturally see a surge in demand, pushing prices upward.
- Season Ticket Holder Availability: Teams with a large base of season ticket holders might have limited tickets available for individual games, leading to increased prices for the remaining seats.

https://www.clnsmedia.com/nfl-ticket-pricing-what-influences-the-cost/